UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION

ATTEST: A TRUE COPY
CERTIFIED THIS

s/ Stephanie Pittman

James N. Hatten
By: 11/19/2019
Deputy Clerk

MDL No. 2800

(SEE ATTACHED SCHEDULE)

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on October 24, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-53" filed on October 24, 2019, is LIFTED. The actions are transferred to the Northern District of Georgia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Thomas W. Thrash, Jr.

FOR THE PANEL

John W. Nichols
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION                                          MDL No. 2800


SCHEDULE A


| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| NEVADA | | | |
| NV | 2 | 19−01795 | Bagley−Burns v. Equifax Information Services LLC |
| NV | 2 | 19−01796 | Grove v. Equifax Information Services LLC |
| NV | 2 | 19−01799 | Benten v. Equifax Information Services LLC |
| NV | 2 | 19−01801 | Blumer v. Equifax Information Service, LLC |
| NV | 2 | 19−01802 | Pawlowski v. Equifax Information Services LLC |
| NV | 2 | 19−01803 | Campbell v. Equifax Information Services LLC |
| NV | 2 | 19−01805 | Collier v. Equifax Information Services LLC |
| NV | 2 | 19−01806 | Boddy v. Equifax Information Services LLC |
| NV | 2 | 19−01821 | Lewellyn v. Equifax Information Services LLC |
| NV | 2 | 19−01822 | Lewellyn v. Equifax Information Services, LLC |